BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No. 2035852 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| MICHAEL D. TRINE, | ) | |
| Defendant | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 2035852 against MICHAEL D. TRINE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  August 15, 2016          Respectfully Submitted,
                                 Benjamin B. Wagner
                                 United States Attorney

                        By:      *(signature)*
                                 Christopher R. Pilch
                                 Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 2035852 against MICHAEL D. TRINE be dismissed without prejudice, in the interest of justice.

Dated:  August 16, 2016

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge